

**ORDERED in the Southern District of Florida on September 27, 2025.**

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI

Case No. 25-21287 LMI
Ch 11

In re:
7 AT BLUE LAGOON (2), LLC
   Debtor.
_____/

### Order Transferring Case to Judge Robert A. Mark

This matter came before the Court ex parte upon the Debtor's Motion to transfer case to Judge Robert A. Mark, in addition to Motion to Jointly Administer Case(s) 25-21287 LMI into Lead Case 25-21286 RAM, DE 3.

Upon consideration it is hereby

ORDERED that:

1. The Motion is GRANTED.

2. This case is transferred to Judge Robert A. Mark to be jointly administered into lead case 25-321286b RAM.

### 

Joel Aresty shall serve a copy of this Order on all interested parties.